UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:20cv61691–Civ or Cr–(USDJ SMITH)

| | |
|---|---|
| SPEEDCAST CYPRUS LTD., | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § |
| | § |
| *M/V CONTSHIP AIR,* | § |
| HER ENGINES AND | § |
| TACKLE, ETC., *IN REM;* AND | § |
| VERONA SHIPTRADING, INC., | § |
| AND | § |
| CONTSHIPS MANAGEMENT INC. | § |
| *IN PERSONAM* | § |
| | § |
| Defendants. | § |

**CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN**

Plaintiff Speedcast Cyprus Ltd., and National Maritime Services, Inc., the proposed Substitute Custodian, hereby expressly release the United States Marshal Service for this District, and the United States Marshals Service, from any and all liability and responsibility for the care and custody of Liberian flag containership, *M/v Contship Air*, IMO 9364356, its engines, freights, apparel, appurtenances, tackle, etc., while in the hands of National Maritime Services, Inc.

Plaintiff and National Maritime Services, Inc. also expressly agree to hold the United States Marshal Service for this District, and the United States Marshals Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

4850-8297-1592.1

4850-8297-1592.1
4850-8297-1592.1

      As counsel of record in this action, the undersigned represents that he has been expressly authorized by Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

Dated: August 21, 2020

      Respectfully submitted,

      FOLEY & LARDNER LLP

      s:/ John S. Lord, Jr.
      John S. Lord, Jr., Esq.
      FL Bar No. 0016527
      JLord@foley.com
      Foley & Lardner LLP
      One Biscayne Tower
      2 South Biscayne Blvd., Suite 1900
      Miami, FL 33131
      (305) 482-8400 (Telephone)
      (305) 482-8600 (Fax)

      *Of Counsel*

      *Pro Hac Vice Forthcoming*
      Peter A. McLauchlan
      TX Bar No. 13740900
      pmclauchlan@foley.com
      Anacarolina Estaba
      TX Bar No. 24085298
      aestaba@foley.com
      1000 Louisiana, Suite 2000
      Houston, Texas 77002-2099
      (713) 276-5500
      pmclauchlan@foley.com
      aestaba@foley.com

      *ATTORNEYS FOR PLAINTIFF*
      *SPEEDCAST CYPRUS LTD.*

4850-8297-1592.1

4850-8297-1592.1
4850-8297-1592.1

*[signature]*

National Maritime Services, Inc.
1560 Sawgrass Corporate Parkway
Suite 400
Fort Lauderdale, Florida 33323
Telephone: 954-990-1290
Email: info@vesselarrest.com